IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWENTY-TWO STRATEGIC INVESTMENT FUNDS, LLC & PRESIDIO GROWTH, LLC (Tax Matters Partner),<br><br>    Petitioners,<br><br>    v<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | No   C 05-2835 VRW<br><br>ORDER |

On December 29, 2010, Birch Ventures, LLC moved to intervene as a party participant in the above-captioned action. Doc #20.  Any party opposing the motion to intervene is ORDERED to SHOW CAUSE in writing on or before February 4, 2011 why intervention should not be granted, at which time the motion to intervene shall be deemed submitted.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Judge