1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                             SAN FRANCISCO DIVISION

10   Olympus Strategic Inv. Fund, LLC, et al.,        NO. C 04-04399 JW

11                    Petitioners,
             v.
12
     United States of America,
13
                     Respondent.
14   _____/

15   Sixty-Three Strategic Inv. Funds, et al.,        NO. C 05-01123 JW

16                    Petitioners,
             v.
17
     United States of America,
18
                     Respondent.
19   _____/

20
     Sixty-Three Strategic Inv. Funds, et al.,        NO. C 05-01996 JW
21
                     Petitioners,
22           v.

23   United States of America,

24                   Respondent.
     _____/
25

26

27

28

**United States District Court**
For the Northern District of California

| | |
|---|---|
| Twenty-Two Strategic Inv. Funds, et al., | NO. C 05-02835 JW |
|           Petitioners, | |
|    v. | |
| United States of America, | |
|           Respondent. | |

_____/

| | |
|---|---|
| Twenty-Two Strategic Inv. Funds, et al., | NO. C 05-03887 JW |
|           Petitioners, | **ORDER VACATING HEARING ON MOTIONS AND PRETRIAL CONFERENCE** |
|    v. | |
| United States of America, | |
|           Respondent. | |

_____/

These related cases are scheduled for a hearing on Respondent's Motions for Summary Judgment on June 25, 2012. Upon review, the Court finds it appropriate to take Respondent's Motions under submission without oral argument. <u>See</u> Civ. L.R. 7-1(b). Accordingly, the Court VACATES the June 25 hearing.

In addition, these cases are scheduled for a Preliminary Pretrial Conference on July 9, 2012. In light of the pending dispositive Motions, the Court finds that a Pretrial Conference would be premature at this time. Accordingly, the Court VACATES the Pretrial Conference. The Court will set a new date for the Pretrial Conference in its Order addressing the Respondent's Motions.

Dated:  June 21, 2012

_____
JAMES WARE
United States District Chief Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adair Ford Boroughs adair.f.boroughs@usdoj.gov
David A. York david.york@lw.com
Margaret Tough margaret.tough@lw.com
Steven Mark Bauer steve.bauer@lw.com
Stuart David Gibson Stuart.D.Gibson@usdoj.gov
Thomas Moore tom.moore@usdoj.gov

**Dated:  June 21, 2012**                          **Richard W. Wieking, Clerk**

                                   **By:___/s/ JW Chambers_____**
                                            **William Noble**
                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California