**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Sixty-Three Strategic Inv. Funds, et al._____Petitioners,_____v._____United States of America,_____Respondent. _____/ | NO. C 05-01123 JW<br>NO. C 05-01996 JW<br>NO. C 05-02835 JW<br>NO. C 05-03887 JW<br><br>**ORDER GRANTING PARTIES' REQUEST TO ENLARGE TIME** |
| Sixty-Three Strategic Inv. Funds, et al.,_____Petitioners,_____v._____United States of America,_____Respondent. _____/ | |
| Twenty-Two Strategic Inv. Funds, et al.,_____Petitioners,_____v._____United States of America,_____Respondent. _____/ | |
| Twenty-Two Strategic Inv. Funds, et al.,_____Petitioners,_____v._____United States of America,_____Respondent. _____/ | |

Presently before the Court is the parties' Stipulation Enlarging Time for Discovery. (See Docket Item No. 84.) In their stipulation, the parties request an additional five weeks to complete discovery, and accordingly request that the last day for hearing dispositive motions also be extended by five weeks. (See id.)

Upon review, the Court finds good cause to enlarge time as is proposed by the parties. All discovery shall be completed on or before **September 17, 2012.** The Court sets **November 19, 2012**, as the last date for hearing dispositive Motions.

Dated: July 31, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adair Ford Boroughs adair.f.boroughs@usdoj.gov
David A. York david.york@lw.com
Margaret Tough margaret.tough@lw.com
Steven Mark Bauer steve.bauer@lw.com
Stuart David Gibson Stuart.D.Gibson@usdoj.gov
Thomas Moore tom.moore@usdoj.gov


**Dated:  July 31, 2012**                                              **Richard W. Wieking, Clerk**

                                                                                    **By:        /s/ JW Chambers            **
                                                                                              **William Noble**
                                                                                              **Courtroom Deputy**