DAVID A. HUBBERT
Deputy Assistant Attorney General

STUART D. GIBSON (MnSBN 34587)
Senior Litigation Counsel
Stuart.D.Gibson@usdoj.gov
ADAIR F. BOROUGHS (TnSBN 026210)
Trial Attorney
Adair.F.Boroughs@usdoj.gov
Tax Division, U.S. Department of Justice
P.O. Box 403
Washington, DC 20044
Tel: (202) 307-6586 (Mr. Gibson)
     (202) 305-7546 (Ms. Boroughs)
Fax: (202) 307-2504
*Attorneys for United States of America*

MELINDA L. HAAG (CaSBN 132612)
United States Attorney
Northern District of California
*Of Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWENTY-TWO STRATEGIC INVESTMENT FUNDS, LLC; AND PRESIDIO GROWTH, LLC (Tax Matters Partner),<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. C 05-02835-RS<br><br>**STIPULATION TO ENLARGE TIME FOR BRIEFING IN RESPONSE TO INTERVENOR'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: February 21, 2013<br>Time: 1:30 p.m.<br>Place: Courtroom 3, 17th Floor<br>       Hon. Richard Seeborg |

Pursuant to Civil Local Rule 6-2, Respondent United States and Intervenor Birch Ventures, LLC jointly request an enlargement of time to file briefing in response to Intervenor's recently-filed

Motion to Dismiss or, in the alternative, Motion for Summary Judgment (Dkt. No. 64).  In support of this request, the parties jointly state as follows:

1.	On November 21, 2012, Intervenor Birch Ventures, LLC filed a motion to dismiss or, in the alternative, a motion for summary judgment in the above-captioned case.  (Dkt. No. 64.)

2.	Respondent's opposition is currently due on December 5, 2012, and Intervenor's reply is currently due on December 12, 2012.  The hearing is set for February 21, 2013, at 1:30 p.m.

3.	The parties request that Respondent's time to file its opposition be extended by two weeks, to December 19, 2012, and that Intervenor's time to file its reply be extended by 13 days, to be due January 8, 2013.

**Previous Time Modifications**

4.	This Court previously granted stipulated requests to extend time to file answers in some of these related cases.  *Shasta Strategic Investment Fund, LLC v. United States*, Case No. 04-4264 (N.D. Cal.), Dkt. Nos. 13, 18; *Belford Strategic Investment Fund, LLC v. United States*, Case No. 04-4309 (N.D. Cal.), Dkt. Nos. 8, 11; *Princeton Strategic Investment Fund, LLC v. United States*, Case No. 04-4310 (N.D. Cal.), Dkt. Nos. 11, 15; *Sanford Strategic Investment Fund, LLC v. Untied States*, Case No. 04-4398 (N.D. Cal.), Dkt. Nos. 9, 12; *Olympus Strategic Investment Fund, LLC v. United States*, Case No. 04-4399 (N.D. Cal.), Dkt. Nos. 9, 13; *Sill Strategic Investment Fund, LLC v. United States*, Case No. 04-4964 (N.D. Cal.), Dkt. Nos. 10, 13.

5.	This Court previously granted Petitioners' Motion to Shorten Time to Hear Motion to Compel a 30(b)(6) Deposition in these related cases.  *Shasta,* Case No. 04-4264, Dkt. No. 48.

6.	This Court granted Respondent's motion to stay these related cases on November 7, 2005, due to parallel criminal proceedings.  *Shasta*, Case No. 04-4264, Dkt. No. 95.  This Court grated a subsequent motion to stay these related cases on October 2, 2006.  *Shasta*, Case No. 04-

4264, Dkt. No. 103.  This Court lifted the stay on June 9, 2011.  *Shasta*, Case No. 04-4264, Dkt. No. 124.

7. This Court previously granted a stipulated request to enlarge time for briefing in response to Respondent's Motion for Summary Judgment in *Princeton Strategic Investment Fund, LLC v. United States*, Case No. 04-4310 (N.D. Cal.).  *Princeton*, Dkt. No. 37.

8. The Court previously granted three other stipulated requests to extend deadlines in these related cases.  *Shasta*, Case No. 04-4264, Dkt. Nos. 130, 133, and 140.

9. After Judge Ware retired and Judge Seeborg held a scheduling conference with the parties, the Court entered a Case Management Scheduling Order modifying the remaining schedule in these related cases.  *Shasta*, Case No. 04-4264, Dkt. No. 160.

**The Requested Extensions Will Not Affect the Hearing Date or the Case Schedule**

10. The hearing on the motion has been set for February 21, 2013.  Dkt. No. 64.  Thus, the requested extensions would have no effect on the date of the hearing, which is more than six weeks after the final reply brief would be filed under the requested extensions.

11. By this Court's order, the last date for hearing dispositive motions is February 21, 2013.  Dkt. No. 61.  Thus, the requested extensions would not affect the schedule of the case.

NOW, THEREFORE, IT IS AGREED AND STIPULATED by the parties, subject to an order of the Court that:

(A) the time by which Respondent may file an opposition to Intervenor Birch Ventures, LLC's Motion to Dismiss or, in the alternative, Motion for Summary Judgment (Dkt. No. 64) is extended to December 19, 2012; and

(B) the time by which Intervenor Birch Ventures, LLC may file a reply to Respondent's Opposition to Intervenor Birch Ventures, LLC's Motion to Dismiss or, in the alternative, Motion for Summary Judgment is extended to January 8, 2013.

Dated: November 28, 2012              Respectfully submitted

/s/ *Martin A. Schainbaum*            /s/ *Adair F. Boroughs*
MARTIN A. SCHAINBAUM                  ADAIR F. BOROUGHS
Martin A. Schainbaum, PLC             Trial Attorney
Attorney for Intervenor Birch         Tax Division, Department of Justice
Ventures, LLC                         Attorney for Respondent

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  11/28/12
                                      _____
                                      Richard Seeborg
                                      United States District Judge