MARTIN A. SCHAINBAUM (CSB # 37257)
BRYANT W.H. SMITH (CSB #250035)
ANDREW D. ALLEN (CSB #269502)
MARTIN A. SCHAINBAUM, PLC
351 California Street, Suite 800
San Francisco, CA 94104
Telephone:   (415) 777-1040
Fax:              (415) 981-1065
Email:           schainbm@taxwarrior.com

Attorneys for Birch Ventures, LLC and Tom Gonzales

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWENTY-TWO STRATEGIC INVESTMENT FUNDS, LLC; AND PRESIDIO GROWTH, LLC (Tax Matters Partner),<br><br>Petitioners,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Respondent. | Case No.: C-05-2835 RS<br>ORDER<br>**STIPULATION TO ENLARGE TIME FOR BRIEFING IN REPLY TO RESPONDENT'S RESPONSE TO INTERVENOR'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: April 25, 2013<br>Time: 1:30 p.m.<br>Place: Courtroom 3, 17th Floor<br>          Hon. Richard Seeborg |

Pursuant to Civil Local Rule 6-2, Intervenor Birch Ventures, LLC requests an enlargement of time for Intervenor to file briefing in reply to Respondent's opposition to Intervenor's Motion to Dismiss or, in the alternative, Motion for Summary Judgment.

Stipulation and Proposed Order
(No. C-04-4264 RS)

- 1 -

Respondent United States of America does not object to this request. In support of this request, Intervenor states as follows:

1. On November 21, 2012, Intervenor Birch Ventures, LLC filed a motion to dismiss or, in the alternative, a motion for summary judgment in the above-captioned case. (Dkt. No. 64.)

2. On December 19, 2012, Respondent United States of America filed its opposition to Intervenor Birch Ventures, LLC's motion.

3. Intervenor's reply is currently due on January 8, 2013.

4. Intervenor requests that Intervenor's time to file its reply be extended by 7 days, so that it is due January 15, 2013.

## Previous Time Modifications

5. This Court previously granted stipulated requests to extend time to file answers in some of these related cases. *Shasta Strategic Investment Fund, LLC v. United States*, Case No. 04-4264 (N.D. Cal.), Dkt. Nos. 13, 18; *Belford Strategic Investment Fund, LLC v. United States*, Case No. 04-4309 (N.D. Cal.), Dkt. Nos. 8, 11; *Princeton Strategic Investment Fund, LLC v. United States*, Case No. 04-4310 (N.D. Cal.), Dkt. Nos. 11, 15; *Sanford Strategic Investment Fund, LLC v. Untied States*, Case No. 04-4398 (N.D. Cal.), Dkt. Nos. 9, 12; *Olympus Strategic Investment Fund, LLC v. United States*, Case No. 04-4399 (N.D. Cal.), Dkt. Nos. 9, 13; *Sill Strategic Investment Fund, LLC v. United States*, Case No. 04-4964 (N.D. Cal.), Dkt. Nos. 10, 13.

6. This Court previously granted Petitioners' Motion to Shorten Time to Hear Motion to Compel a 30(b)(6) Deposition in these related cases. *Shasta,* Case No. 04-4264, Dkt. No. 48.

7. This Court granted Respondent's motion to stay these related cases on November 7, 2005, due to parallel criminal proceedings. *Shasta*, Case No. 04-4264, Dkt. No. 95. This

Stipulation and Proposed Order
(No. C-04-4264 RS)

- 2 -

Court grated a subsequent motion to stay these related cases on October 2, 2006. *Shasta*, Case No. 04-4264, Dkt. No. 103. This Court lifted the stay on June 9, 2011. *Shasta*, Case No. 04-4264, Dkt. No. 124.

8. This Court previously granted a stipulated request to enlarge time for briefing in response to Respondent's Motion for Summary Judgment in *Princeton Strategic Investment Fund, LLC v. United States*, Case No. 04-4310 (N.D. Cal.). *Princeton*, Dkt. No. 37.

9. The Court previously granted three other stipulated requests to extend deadlines in these related cases. *Shasta*, Case No. 04-4264, Dkt. Nos. 130, 133, and 140.

10. After Judge Ware retired and Judge Seeborg held a scheduling conference with the parties, the Court entered a Case Management Scheduling Order modifying the remaining schedule in these related cases. *Shasta*, Case No. 04-4264, Dkt. No. 160.

11. This Court previously granted a stipulated request to enlarge time for briefing in response to Intervenor's Motion to Dismiss or, in the alternative, Motion for Summary Judgment in this case.

**The Requested Extensions Will Not Affect the Hearing Date or the Case Schedule**

12. The hearing on the motion has been set for April 25, 2013. Dkt. No. 163. Thus, the requested extensions would have no effect on the date of the hearing, which is more than fourteen weeks after the final reply brief would be filed under the requested extension.

13. By this Court's order, the last date for hearing dispositive motions is April 25, 2013. Dkt. No. 163. Thus, the requested extensions would not affect the schedule of the case.

Stipulation and Proposed Order
(No. C-04-4264 RS)

- 3 -

NOW, THEREFORE, IT IS AGREED AND STIPULATED by the parties, subject to an order of the Court that:

(A) the time by which Intervenor Birch Ventures, LLC may file a reply to Respondent's Opposition to Intervenor Birch Ventures, LLC's Motion to Dismiss or, in the alternative, Motion for Summary Judgment is extended to January 15, 2013.

Dated: January 8, 2013      Respectfully Submitted,

/s/ *Martin A. Schainbaum*
MARTIN A. SCHAINBAUM
Martin A. Schainbaum, PLC
Attorney for Intervenors Birch
Ventures, LLC and Tom Gonzales

/s/ *Adair F. Boroughs*
ADAIR F. BOROUGHS
Trial Attorney
Tax Division, Department of Justice
Attorney for Respondent

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/8/13

Richard Seeborg
United States District Judge

Stipulation and Proposed Order
(No. C-04-4264 RS)

- 4 -