MARTIN A. SCHAINBAUM (CSB #37257)
BRYANT W.H. SMITH (CSB #250035)
ANDREW D. ALLEN (CSB #269502)
MARTIN A. SCHAINBAUM, PLC
351 California Street, Suite 800
San Francisco, CA 94104
Telephone:     (415) 777-1040
Fax:           (415) 981-1065
Email:    schainbm@taxwarrior.com

Attorneys for Tom Gonzales and Birch Ventures, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| TWENTY-TWO STRATEGIC INVESTMENT FUNDS, LLC, et al., | ) ) ) | Case No. 05-02835-RS |
| Petitioners, | ) ) ) | (~~PROPOSED~~) ORDER PERMTTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) ) | |

The Court, having considered the request of counsel for the intervenors Tom Gonzales and Birch Ventures, LLC, to withdraw and for new counsel to be substituted, it is hereby ORDERED that counsel for the intervenors are permitted to withdraw and are hereby WITHDRAWN, and Robert W. Wood and Dashiell C. Shapiro are hereby substituted as counsel of record.

ORDERED this __10th__ day of __April__, 2013, at San Francisco, California

_____
UNITED STATES DISTRICT JUDGE